IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ORLANDO HARRIS,

      Petitioner,

v.                                     Case No. 5D16-3203

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 28, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Orlando Harris, Trenton, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 13, 2016 judgments and sentences in Case No. 05-2014-CF-037690-A, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, COHEN and LAMBERT, JJ., concur.